

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00269-CV

| | | |
|---|---|---|
| RICKY CHINEANG LAC, Appellant | § | On Appeal from the 431st District Court |
| V. | § | of Denton County (22-6524-431) |
| | § | May 8, 2025 |
| HIEN THI THANH NGUYEN, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Ricky Chineang Lac shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By    /s/ Dabney Bassel
         Justice Dabney Bassel